Matter of Bowers Dev., LLC v Oneida County Indus. Dev. Agency & Cent. Utica Bldg., LLC (2024 NY Slip Op 02488)

Matter of Bowers Dev., LLC v Oneida County Indus. Dev. Agency & Cent. Utica Bldg., LLC

2024 NY Slip Op 02488

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024

PRESENT: WHALEN, P.J., CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed May 3, 2024.) 

MOTION NO. (764/22) OP 22-00744.

[*1]IN THE MATTER OF BOWERS DEVELOPMENT, LLC, AND ROME PLUMBING & HEATING SUPPLY CO., PETITIONERS, 
v
ONEIDA COUNTY INDUSTRIAL DEVELOPMENT AGENCY AND CENTRAL UTICA BUILDING, LLC, RESPONDENTS.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.